# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JOHN NOONE,

      Plaintiff,

vs.                      CASE NO. 1:18-cv-55-AW-GRJ

ANDREW SAUL,
Commissioner of
Social Security,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING COMMISSIONER'S DECISION

I have considered the magistrate judge's August 22, 2019 Report and Recommendation. ECF No. 18. I have also considered de novo the issues raised in Plaintiff's objection to the report and recommendation. ECF No. 21. I conclude that the Report and Recommendation should be adopted.

It is now ORDERED:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The decision of the Commissioner is AFFIRMED.

3.    The Clerk will enter a judgment that states "The decision of the Commissioner is affirmed." And the Clerk will close the file.

SO ORDERED on December 11, 2019.

                                          s/ *Allen Winsor*
                                        United States District Judge